NUMBER 13-08-00540-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

RIVER RIDGE NURSING CENTER IN ITS 

ASSUMED OR COMMON NAME, ET AL., Appellants,


v.



GAYLYNNE NEMEC, INDIVIDUALLY, 

AS REPRESENTATIVE OF THE ESTATE 

OF CATHERINE PARKER, AS WRONGFUL 

DEATH BENEFICIARY OF CATHERINE 

PARKER, ET AL., Appellees. 

_____________________________________________________________


On appeal from the 214th District Court 


of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Benavides
Memorandum Opinion Per Curiam


 Appellants, River Ridge Nursing Center in its assumed or common name, et. al.,
perfected an appeal from a judgment entered by the 214th District Court of Nueces
County, Texas, in cause number 07-4563-F. Appellants have filed a motion to dismiss the
appeal on grounds that it no longer desires to prosecute their suit against appellees. 
Appellants request that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellants' motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. 
Costs will be taxed against appellants. See Tex. R. App. P. 42.1(d) ("Absent agreement of
the parties, the court will tax costs against the appellant."). Having dismissed the appeal
at appellants' request, no motion for rehearing will be entertained, and our mandate will
issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and filed 

this the 15th day of January, 2009.